UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Johnny Houston       Plaintiff,                    Case No.  1:16-cv-03706

    -against-

The City of New York, et al.    Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending            [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Juliene Drei Munar_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:__JD3734_____   My State Bar Number is __5306089_____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:       FIRM NAME:__Wigdor LLP_____
                FIRM ADDRESS:_ 85 Fifth Avenue, 5th Fl., New York, NY 10003 __
                FIRM TELEPHONE NUMBER:_(212) 257-6800_____
                FIRM FAX NUMBER:_____

NEW FIRM:       FIRM NAME:__Wright and Marinelli LLP_____
                FIRM ADDRESS:_ 305 Broadway, Ste. 1001, New York, NY 10007_
                FIRM TELEPHONE NUMBER:_(212) 822-1427_____
                FIRM FAX NUMBER:_____

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:  6/15/16

                                                             *Juliene Drei Munar*
                                                    ATTORNEY'S SIGNATURE