```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Johnny Houston,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK; Police Officer RYAN
LATHROP, Shield No. 7736; and JOHN and JANE DOE 1
through 10, individually and in their official capacities, (the
names John and Jane Doe being fictitious, as their true names
are unknown),,

                                              Defendants.
---------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

16 Civ. 3706 (CM)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       January 24, 2017

ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, 10th Floor
New York, NY 10007
(212) 822-1427

By: _____
    Robert Marinelli
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York
and Lathrop*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Michael Gertzer
    *Senior Counsel*

SO ORDERED:

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

Dated: Jan 26, 2017

2

JS